IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

    Appellant,                          JUDGMENT IN A CIVIL CASE

v.                                         Case No. 16-cv-249-jdp

BAYVIEW LOAN SERVICING, LLC
and U.S. TRUSTEE,

    Appellees.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the final decision of the United States Bankruptcy Court for the Western District of Wisconsin and denying appellant Thomas Lee Anderson's motion for injunctive relief.

| /s/ | 1/23/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |